# ATTACHMENT 1

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Western</u> DISTRICT OF <u>Wisconsin</u>

(Full name of plaintiff(s))

<u>Valerie Flores</u>

vs

Case Number:

(Full name of defendant(s))

<u>Progressive Insurance</u>
<u>Summit Credit Union</u>
<u>Sams RV</u>
<u>Arizona Dept of Motor Vehicles</u>
<u>Olvien Riopedre - Mason Motors, Inc (Katy, TX)</u>
<u>Jayco</u>
<u>Camping World / Good Sam</u>

<u>23 CV 398</u> JDP
(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of <u>Wisconsin</u> and resides at
   (State)

   <u>3802 Milwaukee St., #W186, Madison, WI 53707</u>
                  (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Progressive Insurance, Summit Credit Union, Sam's RV, AZ Dept. of Motor Vehicles, Mason_ (Name)_/Good Motors, Inc (OLrien Riopedre), Jayco, Camping World/ Sam_

is (if a person or private corporation) a citizen of _OH/TX/AZ/IN/IL/WI_
(State, if known)

and (if a person) resides at _Please see seperate piece of paper_
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

*Progressive Insurance should be fined & brought up on criminal charges of negligence.*

I bought an RV from Sammy Mitchell on 3/30/2023 from his home in Mesa, AZ. He would not allow me to test drive it. I have made many discoveries after having to file a comprehensive claim. The vehicle is water damaged 70-75% of the vehicle & the catalytic converter is malfunctioning possibly making me ill when driving breathing the fumes in. This vehicle was not assessed by Arizona DMV for emissions and so Sammy Mitchell should lose his dealer license over it & Progressive Insurance should have salvaged the vehicle. Progressive cancelled my insurance with them & would not pay a claim

Progressive Insurance was aware of the water damage & had the authority to salvage the vehicle, but they did not. They also would not pay a claim from Mesa Community Hospital in Mesa, AZ or fire dept call to check to make sure there was not a carbon monoxide leak in the vehicle. I drove the vehicle both to Progressive and to Jayco headquarters. I asked Progressive to total out the vehicle because of a health hazard of possible mold growing in the walls & they would not, but an African American couple was going through paperwork with a claims adjuster to total out their vehicle. I then drove to the Jayco headquarters and asked if they would do a buyback on the vehicle after they inspected it & they would not. Arizona DMV titled this vehicle incorrectly & Summit Credit Union would not cancel my loan within the first 30 days & take possession of the RV in exchange for cancellation of the loan. I contacted Sammy Mitchell 2 days after buying the RV & asked for the sale to be rescinded and the check sent back to me & refused. I have tried to sell in multiple states & no one will buy the vehicle. I have taken a huge financial loss of approximately $60K on this repairs

C. **JURISDICTION**

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 60,000 . (+ ☆ $15,000 in medical bills)
Total $75,000 (value of vehicle plus repair expenses & transportation expenses to try & sell)

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like to be awarded $75,000 for loss of value of vehicle, $2K in repairs, $3K in expenses driving it to various states to try & sell it, $1,000 in vandalism/theft of items inside the vehicle, legal fees. I want to be paid for the market value of the vehicle which is approximately $49,000. I have had Kunes RV only offer me ⅓ of $15,000 in Sterling, IL & the guy said he was US marine & had a flame thrower. I want a harrassment restraining order from all parties involved. Camping World/ Good Sam also would not pay claims with their extended service plan and had a master key to the RV.

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
                OR
☐ Court Trial – I want a judge to hear my case

Dated this 9th day of May 20 23.

Respectfully Submitted,

_Valerie L. Flores_
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_Summerdays310@yahoo.com_
Plaintiff's Email Address

_ACP 5749, P.O. Box 1110_
_Albany, NY 12201-1110_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.