IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VALERIE L. FLORES,

    Plaintiff,

v.

                                      Case No.   23-cv-398-jdp

PROGRESSIVE INSURANCE, SUMMIT
CREDIT UNION, SAMS RV, ARIZONA
DEPT OF MOTOR VEHICLES, SAMMY
MITCHELL, OLVEIN RIOPEDRE,
JAYCO, CAMPING WORLD/GOOD SAM,
and MASON MOTORS, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff dismissing the case.

                s/ Deputy Clerk                               4/19/2024
        Joel Turner, Clerk of Court                          Date